IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JESSIE S. PHILLIPS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:20-CV-05015-MDH |
| | ) |
| ANDY PIKE, et al., | ) |
| | ) |
| Defendant. | ) |

# ORDER

Before the Court is the parties' Joint Motion for Issuance of Discovery Order (Doc. 43). The parties move this Court to enter an Order directing and compelling the Circuit Clerk of Newtown County, Missouri, to produce its entire file associated with the criminal case entitled *State of Missouri v. Jessie Phillips* filed in the Newton County Circuit Court earing Case No. 17NW-CR01168 at a Rule 30(b)(6) deposition which will be scheduled by the parties and properly Noticed with the Court. The Motion is hereby **GRANTED**. The Circuit Clerk of Newton, Missouri is ordered to produce the entire filed maintained by the Circuit Clerk concerning the case of *State of Missouri v. Jessie Phillip*s filed in the Newton County Circuit Court under Case No. 17NW-CR01168 and, to the extent possible, produce all original documents for review and inspection during a to-be-scheduled Rule 30(b)(6) deposition.

**IT IS SO ORDERED.**

Dated: January 4, 2021  /s/ Douglas Harpool
**DOUGLAS HARPOOL**
**United States District Judge**